IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01555–KMT-MJW

JERRY KAMINSKI,
WALDEMAR JENDRZEJEWSKI,
TOMASZ JENDRZEJEWSKI,
PAWEL ZALOGA,
ZBYSZKO MONTOWSKI,
IDA KAMINSKA-POKRZYWKA,

    Plaintiffs,

v.

UNITED AIRLINES, INC., an Illinois corporation,

    Defendant.

**ORDER AND ORDER OF REFERENCE**

    This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

    On October 10, 2008, the above-captioned case was referred to Magistrate Judge Kathleen M. Tafoya to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* Doc. #13). All previously scheduled matters will now be handled by Magistrate Judge Tafoya in Courtroom C-205, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. Magistrate Judge Tafoya's chambers telephone number is (303) 335-2780.

All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 08-cv-01555-KMT-MJW**.

II. Order of Reference

The Order of Reference dated July 24, 2008 (Doc. # 3) is hereby VACATED. This matter is now referred to United States Magistrate Judge Michael J. Watanabe *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

Dated this 19th day of November, 2008

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge