IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01555-KMT-MJW

JERZY KAMINSKI,

Plaintiff(s),

v.

UNITED AIRLINES, INC.,

Defendant(s).

MINUTE ORDER

On January 14, 2009, counsel informed the Court that this case has been settled.

It is hereby ORDERED that on or before February 13, 2009, the parties shall file a stipulation or motion to dismiss with prejudice with Judge Tafoya, pursuant to Fed.R.Civ.P. 41(a), or a status report addressing why dismissal has not been accomplished.

It is FURTHER ORDERED the Settlement Conference set on January 15, 2009, at 10:00 a.m., before Magistrate Judge Watanabe is VACATED.

Date: January 14, 2009