IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01555–KMT-MJW

JERRY KAMINSKI,
WALDEMAR JENDRZEJEWSKI,
TOMASZ JENDRZEJEWSKI,
PAWEL ZALOGA,
ZBYSZKO MONTOWSKI,
IDA KAMINSKA-POKRZYWKA,

    Plaintiffs,
v.

UNITED AIRLINES, INC., an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the court on the parties' "Stipulation to Dismiss" [Doc. No. 21, filed March 5, 2009]. This court, being fully advised in the premises, hereby

**ORDERS** this case is **DISMISSED** with prejudice. Each party will pay their own costs and attorney's fees.

Dated this 12th day of March, 2009.

                                                **BY THE COURT:**

                                                Kathleen M. Tafoya
                                                United States Magistrate Judge